In the Matter of JAMES CRAGGAN, Petitioner, v PHILIP COOMBE, JR., as Acting Commissioner of New York State Department of Correctional Services, Respondent. [646 NYS2d 469] —Determination unanimously confirmed without costs and petition dismissed. Memorandum: By refusing to attend a Tier II disciplinary hearing, petitioner forfeited his right to chal-

lenge the determination on the ground that the hearing should not have been held in his absence (*see, Matter of Al Jihad v Mann,* 159 AD2d 914, 915, *lv denied* 76 NY2d 706; *Matter of Curcio v Jones,* 144 AD2d 185, 186; *Matter of Watson v Coughlin,* 132 AD2d 831, 832, *affd* 72 NY2d 965). The determination is supported by substantial evidence (*see, Matter of Foster v Coughlin,* 76 NY2d 964, 966). (CPLR art 78 Proceeding Transferred by Order of Supreme Court, Wyoming County, Dadd, J.) Present—Lawton, J. P., Wesley, Doerr, Davis and Boehm, JJ.